

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00934-CR

Omar Benitez **ARIAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6599
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Cindy E. Huggins' Notification of Late Reporter's Record is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court